**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Laureen Sue HILL, Defendant–Appellant.**

**No. 06–15682
Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

May 4, 2007.

R. Fletcher Peacock, A. Fitzgerald Hall, Federal Public Defender, Tampa, FL, for Defendant–Appellant.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Alec Fitzgerald Hall, appointed counsel for Laureen Sue Hill in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's

motion to withdraw is **GRANTED,** and Hill's convictions and sentences are **AF-FIRMED.**